

Jonathan C. Shoemaker
jcs@leeshoemaker.com
Admitted in DC, MD and VA

July 26, 2021

**VIA PACER**
The Honorable Theodore D. Chuang
United States District Court, District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

RE:  *Oakcrest Village Associates, LLC v. Moseley Architects P.C.*
  Case No. 8:21-cv-01733-TDC
  **Defendants Notice of Intent to File a Motion to Dismiss**

Dear Judge Chuang:

Pursuant to the Court's *Case Management Order* dated July 12, 2021 (D.I. # 7), Defendant Moseley Architects P.C. ("Moseley"), by its undersigned counsel, submits this letter requesting permission to file a motion to dismiss in response to the *Complaint* (D.I. # 1) filed by Plaintiff Oakcrest Village Associates, LLC ("Oakcrest").

Moseley intends to file a *Motion to Dismiss the Complaint* ("Motion to Dismiss") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, based on the common law doctrine of *res judicata*. Moseley respectfully proposes that permitting Moseley to file the Motion to Dismiss will promote the just, speedy, and inexpensive resolution of this case.

The Complaint should be dismissed pursuant to Rule 12(b)(6), as the claims upon which the Complaint is based have already been adjudicated on the merits in a prior action between Oakcrest and Moseley's predecessor in interest in the Circuit Court for Baltimore, Maryland. *Marrese v. Am. Acad. of Orthopaedic Surgeons*, 470 U.S. 373, 380 (1985); *Bennett v. Garner*, 913 F.3d 436, 440 (4th Cir. 2019); *In re Genesys Data Techs., Inc.*, 204 F.3d 124, 127 (4th Cir. 2000); *Anne Arundel County Bd. of Ed. v. Norville*, 390 Md. 93, 109 (2005); *Colandrea v. Wilde Lake Cmty. Assoc., Inc.*, 361 Md. 371, 389 (2000); *FWB Bank v. Richman*, 354 Md. 472, 492 (1999); *Blades v. Woods*, 338 Md. 475, 478-79 (1995); *Heit v. Stansbury*, 215 Md. App. 550, 566 (2013).

While counsel for both parties have discussed the potential for resolving the claims asserted in the Complaint outside the context of this litigation, those conversations have proven unfruitful to-date.

Accordingly, Defendant Moseley Architects P.C., respectfully requests permission to file its Motion to Dismiss each of the counts contained within the Complaint.



The Honorable Theodore D. Chuang
July 26, 2021
Page 2

Respectfully submitted,

**MOSELEY ARCHITECTS P.C.**

By Counsel,

/s/ *Jonathan C. Shoemaker*
Jonathan C. Shoemaker
U.S. District Court MD Bar No. 02020
LEE/SHOEMAKER PLLC
1400 Eye Street, Suite 200
Washington, DC 20005
Tel. (202) 971-9400
Fax (202) 971-9419
Email: jcs@leeshoemaker.com
*Counsel for Moseley Architects P.C.*


cc:     Robert F. Carney, Esq.
        Patrick D. McKevitt, Esq.